IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RIDDELL, INC.**; Plaintiff, | Civil Action No.: 1:16-cv-04498 |
| v. | Judge Thomas M. Durkin |
| **XENITH, LLC** Defendant. | Magistrate Judge Mary M. Rowland |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL UNDER FRCP 41 (a)(2) and (c)**

Pursuant to the Joint Motion for Dismissal filed by the parties, Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Plaintiff Riddell Inc.'s claims for relief against Xenith in the above-styled action and Xenith's counterclaims against Riddell are hereby dismissed, <u>with prejudice</u>. Each party shall bear its own attorney fees, costs and expenses.

Dated this 28th day of July, 2017.     BY THE COURT:

*Thomas M Durkin*

The Honorable Thomas M. Durkin
UNITED STATES DISTRICT JUDGE

136357612.1